THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLAND G. HOWE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

474

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.